IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** McCaster-Baker, Sonya C

Printed: 12/19/07

Case Number: 07 B 08945
Judge: Hollis, Pamela S
Filed: 5/16/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 5, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,523.00 | 0.00 |
| 2. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 790.72 | 0.00 |
| 4. | EMC Mortgage Corporation | Secured | 20,441.47 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 21.70 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 314.32 | 0.00 |
| 7. | Chicago Patrolmen's Fed Credit Union | Unsecured | 339.68 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 313.28 | 0.00 |
| 9. | AmeriCash Loans, LLC | Unsecured | 954.08 | 0.00 |
| 10. | Chicago Patrolmen's Fed Credit Union | Unsecured | 50.00 | 0.00 |
| 11. | Robert J Adams & Associates | Unsecured | 958.29 | 0.00 |
| 12. | MRSI | Unsecured | 1,797.30 | 0.00 |
| 13. | Midwest Verizon Wireless | Unsecured | 419.02 | 0.00 |
| 14. | Creditors Protection Service | Unsecured |  | No Claim Filed |
| 15. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 16. | F&W LLC | Unsecured |  | No Claim Filed |
| 17. | Devon Financial Services Inc | Unsecured |  | No Claim Filed |
| 18. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 19. | Lou Harris | Unsecured |  | No Claim Filed |
| 20. | Medical Collections | Unsecured |  | No Claim Filed |
| 21. | Medical Collections | Unsecured |  | No Claim Filed |
| 22. | First Consumers National Bank | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 28,922.86 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: McCaster-Baker, Sonya C | Case Number: 07 B 08945 |
|---|---|
|  | Judge: Hollis, Pamela S |
| Printed: 12/19/07 | Filed: 5/16/07 |

### TRUSTEE FEE DETAIL

Fee Rate    Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

